ACCEPTED
01-15-00001-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/21/2015 11:02:28 AM
CHRISTOPHER PRINE
CLERK

**No. 01-15-00001-CV**

_____

IN THE FIRST COURT OF APPEALS AT HOUSTON

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/21/2015 11:02:28 AM
CHRISTOPHER A. PRINE
Clerk

PAPPAS RESTAURANTS, INC., and
PAPPAS BAR-B-Q, INC.,

*Appellants*,

v.

THE STATE OF TEXAS,

*Appellee.*

_____

**APPELLANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

_____

Trial Court Cause No. 1043062
On Appeal from County Civil Court at Law Number Four of Harris County, Texas
The Honorable Roberta Lloyd, Presiding

_____

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Pursuant to Rule 10.5(b) and 38.6(d) of the Texas Rules of Appellant Procedure, Pappas Restaurants, Inc. and Pappas Bar-B-Q, Inc. (collectively Appellants) file this Unopposed First Motion for Extension of Time to File Reply Brief, and would show the Court as follows:

1

1.     The trial court signed the Judgment in Absence of Objection on October 29, 2014. Appellants' motions for new trial were denied on November 21, 2014. On December 29, 2014, Appellants filed their Notice of Appeal.

2.     The Clerk's record was filed on January 14, 2015, within 2 weeks of the filing of the Notice of Appeal. There is no reporter's record.

3.     The Brief of Appellants was filed on March 16, 2015. The State of Texas filed its Brief of Appellee on May 18, 2015. Appellants' Reply Brief is currently due on June 8, 2015.

4.     This is the first motion for extension of time to file Reply Brief of Appellants. By this Motion, Appellants are requesting a 20-day extension of time to file the Reply Brief, making the Reply Brief due on June 29, 2015. (The 20th day falls on Sunday, June 28, 2015.) Appellants request this extension because the counsel for Appellants who are primarily in charge of drafting the Reply Brief have scheduled vacations which will prevent them from filing the brief on time. Don Griffin has vacation scheduled from May 18 through May 25, 2015, and Catherine Smith has vacation scheduled June 8 through June 14.

6.     Appellee the State of Texas is not opposed to this Motion.

For these reasons, Appellants pray that the Court grant this Motion and extend the time for filing the Reply Brief of Appellants to and including June 29,

2015.  Appellants pray for such other and further relief to which they may be justly entitled.

Respectfully submitted,

**VINSON & ELKINS L.L.P.**

*/s/ Don C. Griffin*
H. Dixon Montague
State Bar No. 14277700
dmontague@velaw.com
Don C. Griffin
State Bar No. 08456975
dgriffin@velaw.com
Catherine B. Smith
State Bar No. 03319970
csmith@velaw.com
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Telephone: 713.758. 3508
Facsimile:  713.615. 5985

*Attorneys* for *Appellant Pappas Restaurants, Inc.*

*/s/ Anna Sabayrac Marchand*
Anna Sabayrac Marchand
State Bar No. 24060543
amarchand@pappas.com
Frank Markantonis
State Bar No. 12986700
13939 Northwest Freeway, Suite 100
Houston, Texas  77040
Telephone:  (713) 863-0611
Facsimile:  (713) 863-0523

*Attorneys for Appellant Pappas BAR-B-Q, Inc.*

3

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 21, 2015, I conferred with Cristina Vudhiwat of the Attorney General's Office on behalf of the Appellant, the State of Texas *via* email, and she indicated that the State was not opposed to this motion.

/s/ Catherine B. Smith
Catherine B. Smith

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 21, 2015, the foregoing Unopposed First Motion for Extension of Time to File Reply Brief was served electronically on the following parties in accordance with the requirements of the Texas Rules of Appellate Procedure:

Cristina Vudhiwat                                                    ***Via E-Filing***
cristina.vudhiwat@texasattorneygeneral.gov
Assistant Attorney General
Office of the Attorney General
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: 512.463.2004
*Attorneys for Appellee The State of Texas*

/s/ Catherine B. Smith
Catherine B. Smith

US 3534030v.1